Catherine Cabalo (SBN 248198)
Khushpreet Mehton (SBN 276827)
PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
Tel:  (415) 766-3592
Fax:  (415) 840-9435
Email: ccabalo@peifferwolf.com
         kmehton@peifferwolf.com

Attorneys for Plaintiff Pearl Hancock

*Defense counsel listed after caption*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL HANCOCK,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; TEGSCO LLC (dba AUTORETURN); and DOES 1-10, Inclusive, et al.<br><br>　　　　　　　Defendants | Case No. 3:24-cv-01927-CRB<br>Civil Rights<br><br>**STIPULATED DISMISSAL OF ACTION AND [~~PROPOSED~~] ORDER [F.R.C.P. Rule 41]**<br><br>Amended Complaint Filed: September 4, 2024 |

G. SCOTT EMBLIDGE, State Bar No. 121613
GIANNA GEIL, State Bar No. 339929
MOSCONE EMBLIDGE & RUBENS LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Tel:  (415) 362-3599
Fax:  (415) 362-2006
Email: emblidge@mosconelaw.com
         geil@mosconelaw.com

Attorneys for Defendants
TEGSCO LLC dba San Francisco AutoReturn
And City and County of San Francisco

Plaintiff Pearl Hancock and Defendants City and County of San Francisco and TEGSCO LLC dba San Francisco AutoReturn (collectively, the "Parties") have settled this matter and seek to dismiss it in full. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties respectfully stipulate to dismiss this matter with prejudice. Each party will bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED: February 25, 2025					PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

							*/s/ Khushpreet Mehton*
							BY: KHUSHPREET MEHTON

							Attorneys for Plaintiff Pearl Hancock

DATED: February 25, 2025					MOSCONE EMBLIDGE & RUBENS LLP

							*/s/ Gianna Geil*
							BY: GIANNA GEIL

							Attorneys for Defendants
							TEGSCO LLC dba AutoReturn
							and City and County of San Francisco

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on February 25, 2025, I, Khushpreet Mehton, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Gianna Geil in the filing of this document.

DATED: February 25, 2025					*/s/ Khushpreet Mehton*
							Khushpreet Mehton

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause shown, **IT IS SO ORDERED**.

DATED: February 25, 2025

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE